IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Tripp                                              :        Civil Action
                                                   :
              v.                                   :
                                                   :
Board of Directors of ACCT                         :        No.: 2:25-cv-00405-WB
Holdings, Inc. et al.                              :

<u>ORDER</u>

AND NOW, this            day of                        20      , it is hereby

ORDERED that the application of _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐    GRANTED.[1]

☐    DENIED.


_____
                                                                    , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/ nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No# 2:25-cv-00405-WB

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Michelle C. Yau** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $75.00 admission fee.

A.    I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 6/16/2008 | 980449 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| **Massachusetts** | **5/27/2004** | **657236** |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    I state that I am currently admitted to practice in the following federal jurisdictions:

| See Attached | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

(Applicant's Signature)

11/28/2025
(Date)

Name of Applicant's Firm    Cohen Milstein Sellers & Toll PLLC

Address    1100 New York Ave. NW, Suite 800, Washington, DC 20005

Telephone Number    202-408-4600

Email Address    myau@cohenmilstein.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/28/2025
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

       The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Michelle C. Yau _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Raymond M. Sarola

(Sponsor's Name)        (Sponsor's Signature)        7/11/2014        318164

                                   (Admission date)        (Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cohen Milstein Sellers & Toll PLLC

Two Logan Square,100-120 N. 18th St, Suite 1820, Philadelphia, PA 19103

267-479-5700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1/31/2025_____        _____
          (Date)        (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Tripp                                        :        Civil Action
                                             :
                    v.                       :
                                             :
Board of Directors of ACCT                   :        No.: 2:25-cv-00405-WB

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Michelle C. Yau___,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:  Via ECF.

_____
(Signature of Attorney)
Raymond M. Sarola
_____
(Name of Attorney)
Plaintiff
_____
(Name of Moving Party)
1/31/2025
_____
(Date)

**Attachment to *Pro Hac Vice* Application for Michelle C. Yau; Section I.B.**

| Court Where Admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| U.S. Supreme Court | 01/19/2011 | #278303 |
| U.S. Court of Appeals for the Second Circuit | 01/13/2023 | |
| U.S. Court of Appeals for the Fourth Circuit | 09/27/2004 | |
| U.S. Court of Appeals for the Fifth Circuit | 07/18/2016 | |
| U.S. Court of Appeals for the Seventh Circuit | 03/27/2015 | |
| U.S. Court of Appeals for the Eighth Circuit | 02/01/2016 | |
| U.S. Court of Appeals for the Ninth Circuit | 09/23/2020 | |
| U.S. Court of Appeals for the Tenth Circuit | 01/20/2016 | |
| U.S. District Court, D. Colo. | 07/23/2013 | |
| U.S. District Court, D. Conn. | 07/13/2023 | #ct31491 |
| U.S. District Court, N.D. Ill. | 04/01/2016 | #657236 |
| U.S. District Court., D. Mass. | 06/15/2010 | |