IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEANNA R. LEDUC**, on behalf of the ACCT Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br>        Plaintiff,<br><br>v.<br><br>**MIGUEL PAREDES, PRUDENT FIDUCIARY SERVICES, CHRISTOPHER J. DEBBAS, JAMES R. GRIFFITHS, RUSSELL HUGHES, JOSEPH LEMBO, GREGORY S. CAMPBELL, G.D. CAMPBELL ASSOCIATES, L.P.**,<br>        Defendants. | CIVIL ACTION<br><br>NO. 24CV5970 |
| **TERRI TRIPP**, individually and on behalf of all others similarly situated, and on behalf of the ACCT Holdings, Inc. Employee Stock Ownership Plan,<br>        Plaintiff,<br><br>v.<br><br>**BOARD OF DIRECTORS OF ACCT HOLDINGS, INC., MIGUEL PAREDES, PRUDENT FIDUCIARY SERVICES, LLC, CHRISTOPHER J. DEBBAS, JAMES R. GRIFFITHS, JOSEPH LEMBO, HUNTER CROFT, RUSSELL HUGHES, JR., AND JOHN AND JANE DOES 1-20**,<br>        Defendants. | CIVIL ACTION<br><br>NO. 25CV0405 |

# O R D E R

**AND NOW**, this 21st day of March, 2025, upon consideration of Defendants Miguel Paredes, Prudent Fiduciary Services, LLC, Christopher J. Debbas, James R. Griffiths, Russell Hughes, Gregory Campbell, and G.D. Campbell Associates, L.P.'s Motion to Consolidate Cases (24CV5970 at ECF No. 44; 25CV0405 at ECF No. 15), as well as Plaintiffs' Joint Response

thereto (24CV5970 at ECF No. 49), it is **HEREBY ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases are **CONSOLIDATED** under the case number 24CV5970.

2. All deadlines in the consolidated action shall correspond to those previously ordered in case number 24CV5970 at ECF No. 37.

3. On or before **Friday, March 28, 2025**, Plaintiffs **SHALL FILE** an amended complaint adding Plaintiff Tripp as a named Plaintiff in the consolidated action.

4. On or before **Wednesday, April 30, 2025**, Defendants **SHALL FILE** any Rule 12 Motions, Motions to Compel Arbitration, or other responses to the amended complaint described above.

5. Defendants' request to impose a briefing schedule regarding the appointment of interim class counsel is **DENIED**.

          **BY THE COURT:**

          ___/s/ WENDY BEETLESTONE_____
          **WENDY BEETLESTONE, J.**